

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADMINISTRATIVE DISTRICT COUNCIL 1 OF ILLINOIS OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS,<br><br>    Plaintiff,<br><br>v.<br><br>GEORGE ANTHONY GARTH MASONRY, INC., et al.,<br><br>    Defendants. | Case No. 09 C 1228<br><br>Judge Leinenweber<br><br>Magistrate Judge Schenkier |

## JUDGMENT ORDER

This matter came before the Court on motion for a default judgment and entry of a final order filed by Administrative District Council No. 1 of the International Union of Bricklayers and Allied Craftworkers ("Union"), the Court has examined the Union's submissions and is fully informed, and it appears that good cause exists for granting the Union's motion.

Therefore, IT IS ORDERED as follows:

1.    The Union's motion for entry of a default judgment against Defendants George Anthony Garth Masonry, Inc., and George Anthony Garth is granted;

2.    George Anthony Garth Masonry, Inc., and George Anthony Garth, are ordered, jointly and severally, to provide the Union with a $30,000.00 bond in the required form or, in the alternative, to make a payment to the Union in the amount of $30,000.00 to serve as a cash bond;

3.    George Anthony Garth Masonry, Inc., and George Anthony Garth, are ordered, jointly and severally, to refrain from performing any work within the geographic and craft

jurisdiction of the Union, regardless of the name or business form under which they perform such work, unless and until they provide the bond or cash bond;

4. George Anthony Garth Masonry, Inc., and George Anthony Garth, are ordered, jointly and severally, to pay $1,650.00 to the Union;

5. George Anthony Garth Masonry, Inc., and George Anthony Garth, are ordered, jointly and severally, to pay the Union an additional $3,138.00 as reimbursement of its fees and costs; and

6. The Court retains jurisdiction of this case to resolve any disputes concerning compliance.

SO ORDERED.

_____
Harry D. Leinenweber, J.

Date: 6/3/2009